```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

MECCA ALLAH SHAKUR,              :
                                 :
     Plaintiff,                  :
                                 :        NO. 3:07CV1556(DFM)
                                 :
SARAH CYR, et al.,               :
                                 :
     Defendants.                 :
```

RULING ON PLAINTIFF'S MOTIONS TO COMPEL AND FOR SANCTIONS

The plaintiff moves to compel discovery responses and seeks sanctions. (Doc. #28.) On October 19, 2009, pro bono counsel was appointed (doc. #29) and on October 28, 2009 counsel filed an appearance on behalf of the plaintiff. See doc. #30. The plaintiff's motions (doc. #28-1, 28-2) are DENIED without prejudice to refiling by counsel.

SO ORDERED this 18th day of November 2009, at Hartford, Connecticut.

                                       /s/
                              Donna F. Martinez
                              United States Magistrate Judge